

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00353-CV

IN THE INTEREST OF S.S., A CHILD   §   On Appeal from the 322nd District Court

§   of Tarrant County (322-568527-15)

§   April 18, 2019

§   Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM